GEORGETOWN RAIL EQUIPMENT
COMPANY, Plaintiff–Appellee

v.

HOLLAND L.P., Defendant–Appellant

2016–2297

United States Court of Appeals,
Federal Circuit.

August 16, 2017

Dana M. Herberholz, Attorney, Christopher Cuneo, Senior Attorney, Jamie K. Ellsworth, Esq., Attorney, Parsons Behle & Latimer, Boise, ID, C. Kevin Speirs, Parsons Behle & Latimer, Salt Lake City, UT, for Plaintiff–Appellee.

Daniel J. Schwartz, Kathryn Ann Feiereisel, Faegre Baker Daniels LLP, Chicago, IL, Lauren J. Frank, Attorney, Timothy E. Grimsrud, Attorney, Faegre Baker Daniels LLP, Minneapolis, MN, for Defendant–Appellant.

Before Reyna, Schall, and Wallach, Circuit Judges.

## SUA SPONTE

## ORDER

Per Curiam.

Upon consideration of this court's show cause order of August 1, 2017, and the joint response submitted by the parties on August 15, 2017,

IT IS ORDERED THAT:

The opinion issued under seal on August 1, 2017 is hereby unsealed.